# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN SCHAUPP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | Case No. 1:22-cv-00849-JLT-SAB <br><br> ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION ADDRESSING DISCREPANCIES AND WITH FURTHER EXPLANATORY NOTES OR PAY FILING FEE <br><br> (ECF No. 2) <br><br> TWENTY-ONE DAY DEADLINE |

Plaintiffs Carolyn Schaupp, and minors L.S., D.S., P.I., and J. B., proceeding *pro se*, filed a complaint in this action on July 11, 2022. (ECF No. 1.) Plaintiffs did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 2.)[1]

Plaintiff's initial filing included a long form IFP application. (ECF No. 2.) Plaintiff Ms. Schaupp[2] indicates she has monthly income in the amount of $3,200, however, her income is expected to be $1,800 next month. (ECF No. 2 at 1-2.) This income is identified under the

---

[1] Plaintiffs also filed a motion to appoint counsel, a motion for a temporary restraining order or preliminary injunction, and a motion for permission for electronic case filing. (ECF Nos. 3, 4, 5.) The Court will defer adjudication of these motions until Plaintiffs' *in forma pauperis* status is established, or she pays the filing fee.

[2] The application is only signed on behalf of Plaintiff Carolyn Schaupp. The complaint allegations appear to indicate that Ms. Schaupp does not have current custody of her children, so it is unclear if she can appropriately bring suit on behalf of the children as their guardian ad litem.

1 category of "Other," and thus is not apparently identified as sourced from employment, disability, unemployment, or other such general categories. (Id.) When choosing the category "Other," the applicant is to "specify" the source of income, however, Ms. Schaupp did not do so.

Plaintiff states that she formerly worked for a Doctor's Medical Center from 2014 until an unspecified month in 2022, and states no current income. (ECF No. 2 at 2.) However, while Plaintiff may not have current income, she is still required to specify what the gross monthly pay during that time period of employment was and she did not do so.

Plaintiff checks the box for "Yes," she does expect major changes to her monthly income or expenses in the next 12 months, however, she does not describe what these changes are expected to be despite being directed to describe such changes on an attached sheet. (Id. at 5.)

Plaintiff claims $0.00 in value of assets. (ECF No. 2 at 3.) Plaintiff identifies $5,517 in monthly expenses. (ECF No. 2 at 4-5.) This includes $567.00 for an auto payment, and $450.00 per month in other transportation costs. (Id. at 4.) Plaintiff also indicates she pays $1,700 per month in alimony or other support payments. (Id.) Plaintiff indicates she has spent $20,000 in expenses or attorneys' fees in conjunction with this lawsuit. (Id.) Plaintiff also indicates she has been forced to pay over $120,000 in child support based on fraud, and has had to deal with paying her abusers' legal representation in five frivolous lawsuits filed against her. (Id.)

Given the significant expenditures and specific proffer of expenditures on expenses related to litigation, the identification of zero value in assets, and discrepancies due to the application being incomplete, the Court finds Ms. Schaupp's application does not contain sufficient information for the Court to determine if she is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff shall include information in the new application that was missing or insufficiently explained in the initially filed application, as identified above. Plaintiff shall further explain her payment of legal expenses related to this lawsuit. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3. Within **twenty-one (21) days** of the date of this order, Plaintiffs shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated: __**July 14, 2022**__                                    _____
                                                                UNITED STATES MAGISTRATE JUDGE